# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# ORANGEBURG DIVISION

| | |
|---|---|
| **Richard Bentz Kirby,** | Case No.: 5:14-cv-4096-JMC |
| **Plaintiff,** | |
| v. | **ORDER EXTENDING DEADLINE TO CONDUCT MEDIATION** |
| **Roderick Jones and Unimark Truck Transport,** | |
| **Defendants.** | |

This matter came before the Court by consent requesting an extension of the deadline to conduct mediation in the case. For good cause shown, it is hereby ordered that the deadline for the parties to participate in mediation in this case be extended by ninety (90) days. It is hereby ordered that the parties participate in and complete mediation in this case no later than **October 8, 2015**.

**IT IS SO ORDERED.**

s/J. Michelle Childs
The Honorable J. Michelle Childs
United States District Judge

June 25, 2015

Columbia, South Carolina